IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANTHONY TREVILLION, #R3090                                              PETITIONER

VS.                                          CIVIL ACTION NO.  5:11cv166-DCB-RHW

JOHN WRIGHT, WARDEN                                                     RESPONDENT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court, and the Respondent's motion to dismiss should be granted and Petitioner's request for habeas corpus relief pursuant to 28 U.S.C. §2254 should be dismissed.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the   9th   day of July, 2012

                                             s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE